**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

JOHN J. SCANLON,

    Plaintiff,

v.                                            Case No:  2:13-cv-395-FtM-38UAM

UNITED STATES INTERNAL
REVENUE SERVICE,

    Defendant.
_____/

## **ORDER**

This matter comes before the Court on Plaintiff John J. Scanlon, Jr.'s Application for Preliminary Injunction (Doc. #5) filed on June 28, 2013.

Pursuant to Local Rule 3.01(a), "[i]n every motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five pages long."

The Plaintiff's Application for Preliminary Injunction (Doc. #5) does not satisfy the requirements of Local Rule 3.01(a) because the Plaintiff failed to provide an adequate legal and factual basis in the request. Therefore, the Plaintiff's Motion is deficient and due to be denied.

Accordingly, it is now

**ORDERED:**

Plaintiff John J. Scanlon, Jr.'s Application for Preliminary Injunction (Doc. #5) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record