UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN J. SCANLON,

    Plaintiff,

v.                              Case No: 2:13-cv-395-FtM-38UAM

UNITED STATES INTERNAL
REVENUE SERVICE,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on the Court's Order Denying the Plaintiff's Motion to Appear *In Forma Pauperis* and directing the Plaintiff to file an Amended Complaint or Have the Case Dismissed (Doc. #13) filed on July 3, 2013. On July 3, 2013, this Court entered an Order dismissing the Plaintiff's initial Complaint (Doc. # 1), denying his Motion to Proceed IFP, and directing him to file an Amended Complaint by July 23, 2013, or have the case dismissed without further notice. To date the Plaintiff has not filed his Amended Complaint as directed and therefore, the case is due to be dismissed with prejudice.

    Accordingly, it is now

    **ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Plaintiff, John J. Scanlon's Case is here by **DISMISSED with prejudice**. The Clerk of the Court is directed to terminate any pending motions, enter judgment accordingly, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of September, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record